Gene McCANN, Petitioner, v. M. J. PESCOR, Warden, and Darlow Johnson.

No. 13645.

Circuit Court of Appeals, Eighth Circuit.

Oct. 13, 1947.

Gene McCann, pro se.

PER CURIAM.

Petition intended as application for writ of mandamus against Albert A. Ridge, United States District Judge, etc., denied.

Dewey Wallace McMURTREY v. Arthur J. MELLOTT, United States District Judge, District of Kansas.

No. 3592.

Circuit Court of Appeals, Tenth Circuit.

Nov. 6, 1947.

No appearance for either party.

Before PHILLIPS, BRATTON, and MURRAH, Circuit Judges.

PER CURIAM.

Petition for writ of mandamus denied.

Gene McCANN, Petitioner, v. M. J. PESCOR, Individually, and one Stolz, whose first name is unknown.

No. 13646.

Circuit Court of Appeals, Eighth Circuit.

Oct. 13, 1947.

Gene McCann, pro se.

PER CURIAM.

Petition intended as application for writ of mandamus against Albert A. Ridge, United States District Judge, etc., denied.

Clifford Houston OWENS v. UNITED STATES of America.

No. 3548.

Circuit Court of Appeals, Tenth Circuit.

Nov. 11, 1947.

Donald C. Allen, of Wichita, Kan., for appellant.

Cleon A. Summers, U. S. Atty., of Muskogee, Okl., for appellee.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Judgment of the district court reversed and cause remanded with directions to modify the judgment.